UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NORMAN IVORY,

        Plaintiff,

    v.

CDCR DIRECTOR, et al.

        Defendant.

1:25-cv-00689-EPG (PC)

ORDER TO SUBMIT APPLICATION
TO PROCEED IFP OR PAY FILING FEE
WITHIN 45 DAYS

Plaintiff is an inmate proceeding *pro se* in a civil rights action filed pursuant to 42 U.S.C. § 1983. He has not paid the $405.00 filing fee. While Plaintiff has submitted a filing requesting leave to proceed *in forma pauperis* (IFP), he did not use the Court's standard form, which requires specific financial information, including Plaintiff's trust account statement, that Plaintiff has not provided. (ECF No. 2).

Accordingly, IT IS ORDERED as follows: Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached IFP application, completed and signed, or in the alternative, pay the $405.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **June 10, 2025**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

1