UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN IVORY, | Case No. 1:25-cv-00689-EPG (PC) |
| Plaintiff, | |
| v. | ORDER REGARDING CONSTRUED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| CDCR DIRECTOR, et al., | |
| Defendants. | (ECF Nos. 5, 6) |

Plaintiff Norman Ivory is incarcerated and proceeds *pro se* in this action brought under 42 U.S.C. § 1983. (ECF No. 1). While Plaintiff alleges numerous claims, they appear to center on Defendants' alleged failure to provide him adequate medical care.

On June 10, 2025, the Court issued an order directing Plaintiff to submit a completed *in forma pauperis* (IFP) application within 45 days. (ECF No. 4). Plaintiff has yet to file an IFP application.

However, on July 24, 2025, Plaintiff submitted two filings: (1) "response to informational order, seeking leave to refile case in compliance with statutory limit" (ECF No. 6); and (2) Plaintiff's supporting declaration (ECF No. 5).[1] Plaintiff's declaration states as follows: "I am seeking permission from the Court to stay the process, or dismiss the case (without prejudice) with explicit leave to refile within legal statutory limitations." (ECF No. 5, p. 1). He states that the reason for his request is that he does not have the filing fee available and the Jail where he is

---

[1] For readability, the Court has made minor alterations to some of Plaintiff's quotations without indicating each change.

1

confined will not give him library access to research this case. Further, he predicts that he will be released from custody in 6-7 months and can then properly prosecute the case.

Plaintiff's other filing generally repeats the request from his declaration: "Plaintiff seeks leave to refile this action at such a time prior to deadline expiration and when he has attained filing fee without waiver, seeking not to move forward at this time." (ECF No. 6, p. 1).

The Court construes these filings as a notice of voluntary dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), which permits a Plaintiff to dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Notably, Plaintiff states his intention to voluntarily dismiss this case without prejudice and no Defendant has served an answer or motion for summary judgment.

Accordingly, in light of the voluntary dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed without prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

The Clerk of Court is respectfully directed to terminate any pending dates and deadlines and to close the case.

IT IS SO ORDERED.

Dated:   **July 28, 2025**                                    /s/ *Erica P. Grosjean*
                                                                                    UNITED STATES MAGISTRATE JUDGE

2